IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00404-FL

| | |
|---|---|
| SUSAN VILLEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF ATTORNEY |
| ) | FEES AND COSTS UNDER THE |
| ANDREW SAUL,[1] ) | EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of Martin, Jones and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __15th__ day of October, 2020

*Louise W. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the `Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).